IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Calderon, Alexandro

Printed: 4/1/08

Case Number: 04 B 37768
Judge: Hollis, Pamela S
Filed: 10/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 6, 2008
Confirmed: November 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,867.78 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 4,118.05 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 381.95 |
| Other Funds: |  | 667.78 |
| Totals: | 7,867.78 | 7,867.78 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 750.00 | 2,810.29 |
| 3. | B-Line LLC | Unsecured | 47.98 | 179.76 |
| 4. | Consumer Portfolio Services | Unsecured | 178.19 | 667.62 |
| 5. | B-Line LLC | Unsecured | 91.17 | 341.62 |
| 6. | CFC Financial Corp | Unsecured | 31.70 | 118.76 |
| 7. | City Of Chicago | Unsecured |  | No Claim Filed |
| 8. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 9. | CBC National | Unsecured |  | No Claim Filed |
| 10. | Check Recoveries Division | Unsecured |  | No Claim Filed |
| 11. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 12. | A & S Collection Associates | Unsecured |  | No Claim Filed |
| 13. | Inovision | Unsecured |  | No Claim Filed |
| 14. | RRI Inc | Unsecured |  | No Claim Filed |
| 15. | Palisades Collection LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,799.04 | $ 6,818.05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 47.34 |
| 4% | 9.63 |
| 3% | 9.28 |
| 5.5% | 52.38 |
| 5% | 15.79 |
| 4.8% | 30.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Calderon, Alexandro

Printed:  4/1/08

Case Number:  04 B 37768
Judge:  Hollis, Pamela S
Filed:  10/12/04

```
              5.4%              217.28
                              _____
                              $ 381.95
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

